Gustav H. Poppenberg, Appellant, v. R. M. Owen & Company,
Respondent.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of Sarah E.
Haap, as Trustee under the Will of George C. Maurer, Deceased. Sophia C.
Luitwieler and Sarah E. Haap, Appellants, v. Louise Proctor Wintner and
Others, Respondents.— Decree affirmed, with costs. All concurred.

Anna B. Van Dusen, as Administratrix, etc., Respondent, v. The
Northwestern Mutual Life Insurance Company, Appellant.— Judgment
and order affirmed, with costs. All concurred, except Foote and Merrell,
JJ., who dissented upon the ground that so far as the verdict is to the
effect that Parkerson caused or directed the anvil to be thrown from the
platform, it is contrary to and against the weight of the evidence. Had
he done so he would not have acted within the scope of his employment.

Mary J. Warren, Respondent, v. The New York Central and Hudson
River Railroad Company, Appellant.— Judgment and order affirmed, with
costs. All concurred, except Robson and Merrell JJ., who dissented.